■ ADJMI 936 REALTY ASSOCIATES, Plaintiff, v NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, Respondent. E&N HOLDING COMPANY, INC., Proposed Intervenor-Appellant. [638 NYS2d 308] —Appeal from order, Supreme Court, New York County (Martin Schoenfeld, J.), entered December 2, 1994, which denied E&N Holding Company's motion to intervene, unanimously dismissed, as moot, without costs.

This appeal has been mooted by the dismissal of the underlying action, from which disposition no appeal has been taken. The proposed intervenor's rights are purely derivative and do not survive dismissal of the insured's action. Concur—Sullivan, J. P., Ellerin, Nardelli and Williams, JJ.